UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:17-CR-273-1BR(4)

| | |
|---|---|
| IN RE: ) | |
| ) | **ORDER TO SEAL** |
| TWO-COUNT INDICTMENT ) | **INDICTMENT** |
| PRESENTED ON ) | |
| SEPTEMBER 8, 2017 ) | |

Upon motion of the United States, it is hereby ORDERED, pursuant to Federal Rule of Criminal Procedure 6(e)(4), that the two-count Indictment in the above-captioned case, returned by the Federal Grand Jury on September 8, 2017, be sealed.

It is FURTHER ORDERED that the Clerk may temporarily unseal the Indictment for the purposes of issuing arrest warrants for the defendant and to provide copies of the Indictment to the United States Attorney, the United States Probation Office, Federal Bureau of Investigation, Raleigh Police Department, United States Marshal's Office, and, at the time of the Initial Appearance, counsel for the defendant.

It is FURTHER ORDERED that the Clerk unseal and publish the captioned Indictment upon the arrest of the defendant named in the Indictment or upon the expiration of thirty (30) days, whichever event occurs first.

This the 8 day of September, 2017.

JAMES E. GATES
UNITED STATES MAGISTRATE JUDGE